1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | | |
|---|---|---|
| **NADEZHDA GUNKO,** | ) | No.  2:14-cv-00071-AC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STIPULATION AND** |
| **v.** | ) | **ORDER APPROVING** |
| | ) | **SETTLEMENT OF** |
| **Carolyn Colvin,** | ) | **ATTORNEY FEES UNDER** |
| **ACTING COMMISSIONER OF** | ) | **THE EQUAL ACCESS TO** |
| **SOCIAL SECURITY,** | ) | **JUSTICE ACT** |
| | ) | **[28 U.S.C. §2412(d)]** |
| **Defendant.** | ) | |
| _____ | ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of One Thousand Nine Hundred Forty-Eight Dollars and eleven cents ($1,948.11) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for

STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY'S FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT [28 U.S.C. §2412(d)] - 1

all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated: September 27, 2015         /s/  *Jesse S. Kaplan*

                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff

Dated: September 28, 2015          */s/ per email authorization*

                                  CHANTAL JENKINS
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

## **ORDER**

GOOD CAUSE APPEARING from the foregoing stipulation, THE COURT HEREBY ORDERS that

1.  Defendant pay plaintiff's attorney fees pursuant to the EAJA in accordance with this stipulation; and

2.  Plaintiff's September 14, 2015, motion for attorney's fees, ECF No. 18, is DENIED as moot.

DATED:  September 29, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE